(91 South. 921)

**STATE v. PEA RIVER POWER CO.**
(3 Div. 390.)

(Court of Appeals of Alabama. June 30, 1921. Rehearing Denied July 19, 1921.)

Appeal from Circuit Court, Butler County; A. E. Gamble, Judge.

Action by the State of Alabama against the Pea River Power Company. Judgment for defendant, and plaintiff appeals. Reversed and remanded.

Certiorari denied 207 Ala. 6, 91 South. 920.

J. Q. Smith, Atty. Gen., and Thomas J. Judge, Asst. Atty. Gen., for the State.
Steiner, Crum & Weil, of Montgomery, for appellee.

MERRITT, J. Reversed and remanded on the authority of State of Alabama v. Elba Bank & Trust Co., ante, p. 253, 91 South. 917.